No. 02–288. PENNINGTON, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS ELLIOTT COUNTY JUDGE EXECUTIVE, ET AL. *v.* HELWIG ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–309. TRAVIS COUNTY LANDFILL CO., L. L. C. *v.* CITY OF AUSTIN. Sup. Ct. Tex. Certiorari denied.

No. 02–313. HUGH SYMONS GROUP, PLC *v.* MOTOROLA, INC. C. A. 5th Cir. Certiorari denied.

No. 02–344. WARMBRUN *v.* SAMSON, ATTORNEY GENERAL OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 02–351. RUTHERFORD ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–352. SMITH ET UX. *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. 4th Cir. Certiorari denied.

No. 02–354. COLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–357. FITZGERALD ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–372. HARRIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–378. RILEY, AS TRUSTEE OF, AND PARTICIPANT IN, THE PERFORMANCE TOYOTA, INC. 401(K) PROFIT SHARING PLAN, ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–394. CAMPBELL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–401. HONGYING LIU-LENGYEL *v.* NEW ENGLAND MACHINERY, INC. C. A. 11th Cir. Certiorari denied.

No. 02–5091. BARAGOSH *v.* COMMODITY FUTURES TRADING COMMISSION. C. A. 4th Cir. Certiorari denied.